# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLISON M. KELLER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Civil Action No. 3:18-CV-1729

(JUDGE MARIANI)
(Magistrate Judge Carlson)

## ORDER

AND NOW, THIS 5th DAY OF AUGUST 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 13) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Appeal is **DENIED**;

3. The Commissioner of Social Security's decision is **AFFIRMED**;

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge